# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | |
| Plaintiff, | Case No. 2:12-cv-01578-JAD-NJK |
| vs. | **ORDER** |
| LT. BRYANT, et al., | |
| Defendants. | |

This matter is before the Court on Defendants' Motion to Remove Deputy Attorney General Mercedes S. Menendez from the CM/ECF Service List. Docket No. 61. Defendants represent that the instant case has been transferred to another attorney and, therefore, it is no longer necessary for Mercedes S. Menendez to receive notifications in this matter. *Id*., at 1. The Court has reviewed the motion and finds that good cause exists for the requested relief. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Remove Deputy Attorney General Mercedes S. Menendez from the CM/ECF Service List (Docket No. 61) is **GRANTED**.

IT IS FURTHER ORDERED that the clerk remove Mercedes S. Menendez from the CM/ECF Service List.

Dated this 19th day of May, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge