# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | |
|     Plaintiff(s), | Case No. 2:12-cv-01578-JAD-NJK |
| vs. | ORDER |
| SGT. A ZIMMER, et al., | (Docket Nos. 56, 66) |
|     Defendant(s). | |

On May 13, 2014, Plaintiff filed a motion for issuance of subpoenas without signatures. *See* Docket No. 56. On May 20, 2014, Defendants filed a motion to strike that motion. Docket No. 66. On May 22, 2014, Plaintiff filed a notice withdrawing his initial motion. Docket No. 67. Accordingly, Plaintiff's motion for issuance of subpoenas at Docket No. 56 is hereby deemed WITHDRAWN and Defendants' motion to strike at Docket No. 66 is hereby DENIED as moot.

IT IS SO ORDERED.

DATED: May 22, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge