UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | Case No. 2:12-cv-01578-JAD-NJK |
| Plaintiff(s), | ORDER VACATING DEADLINE TO FILE DISPOSITIVE MOTIONS (Docket No. 78) |
| vs. | |
| SGT. A ZIMMER, et al., | ORDER STRIKING DISCOVERY MOTION (Docket No. 81) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion seeking a continuance of the deadline to file dispositive motions in light of the pendency of various discovery motions. Docket No. 78. Defendants filed a response opposing that request. Docket No. 83. Defendants argue that vacating the deadline for motions for summary judgment will result in "endless discovery" and unwarranted discovery motions. *See id.* at 2. The Court agrees with Plaintiff that judicial economy and the interests of justice are best served by continuing the deadline to file dispositive motions until the Court has ruled on the numerous discovery motions that remain pending. Accordingly, the July 7, 2014 deadline for motions for summary judgment is hereby **VACATED** and will be reset upon resolution of the pending discovery motions. **THE COURT AT THIS TIME HAS NOT EXTENDED THE DISCOVERY DEADLINE, HOWEVER, WHICH EXPIRED ON JUNE 5, 2014.**

Also pending before the Court is Plaintiff's most recent motion to deem requests for admissions admitted, filed on or about June 17, 2014. *See* Docket No. 81. The deadline for filing discovery motions was May 26, 2014. *See* Docket No. 49 at 2. The Scheduling Order indicates that discovery

motions filed after that date without leave of Court "shall be stricken." *Id.* Accordingly, the Court **INSTRUCTS** the Clerk's Office to **STRIKE** the motion to deem requests for admissions admitted at Docket No. 81. The parties are advised that any further discovery motions filed without leave of Court will similarly be stricken.

IT IS SO ORDERED.

DATED: June 19, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge