# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>ALAN ZIMMER, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:12-cv-01578-JAD-NJK<br><br>ORDER GRANTING MOTION FOR ISSUANCE OF SUBPOENAS<br><br>(Docket No. 59) |

Pending before the Court is Plaintiff's motion for an order directing the Clerk's Office to issue him four blank subpoenas. Docket No. 59. Defendants filed a response opposing the motion only in so far as Plaintiff might have been asking for service of those subpoenas by the United States Marshal's Office. *See* Docket No. 65. Plaintiff's reply indicates that he is not requesting assistance in serving the subpoenas and that he will himself arrange for service. *See* Docket No. 68. Accordingly, Plaintiff's motion is essentially unopposed. *See* Local Rule 7-2(d).

In light of the above, Plaintiff's motion for issuance of subpoenas is hereby **GRANTED**. The Clerk's Office is **INSTRUCTED** to mail to Plaintiff four subpoenas pursuant to Federal Rule of Civil Procedure 45(a)(3). Once received, Plaintiff shall complete the subpoenas prior to service. To the extent Plaintiff seeks to use the subpoenas as a discovery-related tool (as opposed to seeking testimony at trial), he must properly serve the subpoenas no later than **August 28, 2014**.

IT IS SO ORDERED.

DATED: July 28, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge