# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | Case No. 2:12-cv-01578-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER EXTENDING REPLY DEADLINE |
| ALAN ZIMMER, et al., | (Docket No. 108) |
| Defendant(s). | |

On July 22, 2014, the Court entered a briefing schedule regarding disputed interrogatories. Docket No. 94. On July 28, 2014, the Court granted in part Defendants' motion to extend that schedule. Docket No. 98. Pursuant to that order, Plaintiff's supplemental reply is due no later than August 14, 2014. *See id.* The Court has since received a notice from Plaintiff that he was not served with Defendants' responsive brief. *See* Docket No. 108. The Court hereby **ORDERS** that Plaintiff's deadline to file his supplemental reply as to the interrogatory dispute is **EXTENDED** to August 21, 2014. The Court further **ORDERS** Defendants to serve Plaintiff with a copy of their opposition brief as soon as practicable.

IT IS SO ORDERED.

DATED: August 8, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge