1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHRISTOPHER A. JONES, | ) | Case No. 2:12-cv-01578-JAD-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| ALAN ZIMMER, et al., | ) | (Docket No. 126) |
| Defendant(s). | ) | |

Currently pending before the Court is Plaintiff's motion to extend discovery.  *See* Docket No. 126. A response and reply were filed.  Docket Nos. 127, 128.  In light of the order issued concurrently herewith granting the motion to extend discovery at Docket No. 62, the pending motion to extend discovery is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED: December 2, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge