1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES,<br><br>                              Plaintiff(s),<br><br>vs.<br><br>ALAN ZIMMER, et al.,<br><br>                              Defendant(s). | Case No. 2:12-cv-01578-JAD-NJK<br><br>ORDER REQUIRING NOTICE OF<br>APPEARANCE BY NEW COUNSEL |

The Court has received a notice in another case that "[t]he Deputy Attorney General previously assigned as counsel for Defendants, Kali Fox Miller, is no longer employed by the Office of the Attorney General, effective . . . January 29, 2015." *See Woods v. Brown*, Case No. 2:13-cv-1029-APG-NJK (Docket No. 51).  No later than February 9, 2015, the Attorney General's Office shall file a notice of the new attorney representing Defendants in this case.

IT IS SO ORDERED.

DATED: February 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge