UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. JONES, | |
| Plaintiff(s), | Case No. 2:12-cv-01578-JAD-NJK |
| vs. | ORDER |
| ALAN ZIMMER, et al., | (Docket No. 154) |
| Defendant(s). | |

Pending before the Court is Plaintiff's emergency motion for court intervention, filed on March 18, 2015. Docket No. 154. Plaintiff represents that Lawyer Solutions Group did not follow his instructions in transcribing a CD. *Id.* Plaintiff requests a telephonic hearing where "Lawyer Solution Group can be called to work out this situation." *Id.*, at 2. Plaintiff is correct that the Court does not have jurisdiction over his dispute with Lawyer Solutions Group, a nonparty in this action. Plaintiff's dispute with Lawyer Solutions Group arose from a contract that is not related to Plaintiff's claims in this case. Accordingly, Plaintiff's motion for court intervention (Docket No. 154) is **DENIED**.

IT IS SO ORDERED.

DATED: March 19, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge