1   ADAM PAUL LAXALT
    Nevada Attorney General
2   DENISE S. MCKAY
    Senior Deputy Attorney General
3   Nevada Bar No. 10507
    ERIC N. TRAN
4   Deputy Attorney General
    Nevada Bar No. 11876
5   Bureau of Litigation
    Public Safety Division
6   555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada  89101
7   Telephone: (702) 486-2625
    Facsimile: (702) 486-3773
8   dmckay@ag.nv.gov
    etran@ag.nv.gov
9   *Attorneys for Defendants*
    Ronald Bryant, Alan Zimmer,
10  Charles Arnel, and Bryan Wilson

11

12

13

14              **UNITED STATES DISTRICT COURT**

15                 **DISTRICT OF NEVADA**

16  CHRISTOPHER A. JONES,              )        Case No. 2:12-cv-01578-JAD-NJK
                                       )
17              Plaintiff,             )
                                       )
18  v.                                 )
                                       )
19  SGT. A. ZIMMER, LT. BRYANT, NDOC,  )   **STIPULATION AND ORDER FOR DISMISSAL**
    MAIL SUPERVISOR AT THE             )   **OF DEFENDANTS RONALD BRYANT, ALAN**
20  WASHINGTON AVE. OFFICE, *et al.*,  )   **ZIMMER, CHARLES ARNEL, AND BRYAN**
                                       )          **WILSON WITH PREJUDICE**
21              Defendants.            )
                                       )
22  ─────────────────────────────────

23                                          I.

24                                    **STIPULATION**

25      It is stipulated and agreed by and between Plaintiff, Christopher A. Jones, *pro se*, and

26  Defendants Ronald Bryant, Alan Zimmer, Charles Arnel, and Bryan Wilson, by and through

27  counsel, Adam Paul Laxalt, Nevada Attorney General, and Denise S. McKay, Senior

28  ///

                                     - 1 -

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068

1   Deputy Attorney General, that Defendants Ronald Bryant, Alan Zimmer, Charles Arnel, and

2   Bryan Wilson shall be dismissed with prejudice as Defendants in the above-captioned action.

3   The parties will bear their own attorney fees and costs.

| ADAM PAUL LAXALT<br>Nevada Attorney General | CHRISTOPHER A. JONES<br>Plaintiff in Pro Se |
|---|---|
| DATED this 22nd day of May, 2015.<br><br>By: _____<br>DENISE S. MCKAY<br>Senior Deputy Attorney General<br>(702) 486-3267<br>Attorneys for Defendants Bryant, Zimmer,<br>Arnel, and Wilson | DATED this 22ND day of MAY,<br>2015.<br><br>By: _____<br>CHRISTOPHER A. JONES (BAC # 50600)<br>Plaintiff in Pro Se |

**II.**

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Defendants Bryant, Zimmer, Arnel, and Wilson are DISMISSED WITH PREJUDICE from this action.  Each side to bear its own fees and costs.

Dated:  May 26, 2015.

_____
UNITED STATES DISTRICT JUDGE

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068

- 2 -