UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Christopher A. Jones,

    Plaintiff,

v.

Sgt. A. Zimmer, Lt. Bryant, NDOC, Mail Supervisor at the Washington Ave. Office, et al.,

    Defendants.

2:12-cv-01578-JAD-NJK

**Order**
[#165]

On May 22, 2015, pro se prisoner plaintiff Christopher Jones and Defendants Ronald Bryant, Alan Zimmer, Charles Arnel, and Bryan Wilson stipulated to the dismissal of Jones's claims against these defendants. Doc. 163. The court executed the order approving that stipulation and dismissing the claims against Bryant, Zimmer, Arnel, and Wilson with prejudice on May 26, 2015. Doc. 164. The following day, Jones filed a motion to stay the entry of the dismissal because he claims that the dismissal was based on a settlement between these parties—a detail not reflected in the stipulation. Doc. 165.

Jones's motion did not reach the court until the day after the dismissal was signed and entered, so the request to delay the entry of this order is now moot. Even if the court were to consider the motion as one for reconsideration, the court would deny it because the fact that the dismissal was the result of a settlement is not something that needed be reflected in the stipulation. Accordingly,

IT IS HEREBY ORDERED that Jones's Motion to Stay the entry of the stipulated dismissal **[Doc. 165] is DENIED**.

Dated this 28th day of May, 2015.

_____
Jennifer A. Dorsey
United States District Judge