UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Christopher A. Jones,

    Plaintiff,

v.

Sgt. A. Zimmer, Lt. Bryant, NDOC, Mail Supervisor at the Washington Ave. Office, et al.,

    Defendants.

2:12-cv-01578-JAD-NJK

**Order**
[#167]

    On May 29, 2015, the court denied pro se prisoner plaintiff Christopher Jones's motion to stay the entry of a stipulated dismissal. *See* Docs. 165, 166. A second copy of the very same motion was docketed again as document #167. For the reasons stated in order #166, IT IS HEREBY ORDERED that Jones's (refiled) Motion to Stay the entry of the stipulated dismissal **[Doc. 167] is DENIED**.

    Dated this 1st day of June, 2015.

_____
Jennifer A. Dorsey
United States District Judge