AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Christopher A. Jones

Plaintiff,

V.

Cheryl Burson, et al.

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-01578-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that a default judgment be entered in favor of Plaintiff and against Defendant, Cheryl Burson in the amount of $1.00.

| | |
|---|---|
| March 22, 2016 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ P. Smythe |
| | (By) Deputy Clerk |