# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Christopher A. Jones,

    Plaintiff,

v.

Sgt. A. Zimmer, Lt. Bryant, NDOC, Mail Supervisor at the Washington Ave. Office, et al.,

    Defendants.

2:12-cv-01578-JAD-NJK

**Order Closing Case**

On March 22, 2016, the court entered a default judgment against the last remaining defendant in this case, Cheryl Burson. ECF 179. Because the entry of default judgment against this final defendant terminates all claims and issues in this case, with good cause appearing and no reason for delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Clerk of Court is directed to CLOSE THIS CASE.

Dated this 30th day of March, 2016.

_____
Jennifer A. Dorsey
United States District Judge